# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __23-5700__

2. Case Caption (Short Title): __Christie Andrews v. Tri Star Sports & Ent. Group__

3. Argument is scheduled for __9:00am__ *(time)* on __05/02/04__ *(day, date)* and will be held:

   [x] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, __Daniel Arciniegas__, will be presenting argument on behalf of:

   [x] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [ ] Appellee / Respondent     [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Christie Andrews

6. Minutes reserved for rebuttal, if applicable: __5__   (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on __March 26, 2024__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Daniel E. Arciniegas__