## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 24, 2024

Mr. Daniel Arciniegas
The Weatherman Firm
256 Seaboard Lane, E-105
Franklin, TN 37067

Ms. Elizabeth Grace Hart
Swafford Law Firm
321 Billingsly Court, Suite 19
Franklin, TN 37067

      Case No. 23-5700, *Christie Andrews v. Tri Star Sports & Ent Group*
 Re: Oral Argument scheduled for 9:00 a.m. (Central Time) on Thursday, May 2, 2024
      **Attorney Check-in Details for Nashville Sitting**

Dear Counsel:

 On the day of oral argument, report to the Fred D. Thompson Courthouse located at 719 Church Street in Nashville, Tennessee. Upon entering the courthouse, proceed through the security checkpoint to the window occupying **suite 1300**, which is in close proximity to security.

 **Counsel is expected to check in no later than 8:30 a.m. (Central Time), regardless of argument sequence.**

                Sincerely yours,

                s/Jeanine R. Hance
                Calendar Deputy

cc: Ms. Tara L. Swafford
   Mr. David Blyth Weatherman