**Courtroom 5C – Nashville, TN; 9:00 A.M.**                                      **Thursday, May 2, 2024**

## Siler, Clay, Griffin

**23-5700    Christie Andrews v. Tri Star Sports & Entertainment Group, Inc.**

Christie Andrews                                                ret    Daniel Arciniegas
                                                                      *3 Minutes Rebuttal*

    **Plaintiff – Appellant**

                    **V.**

Tri Star Sports and Entertainment Group, Inc.                   ret    Elizabeth Grace Hart

    **Defendant – Appellee**

*Lance Gifford, Courtroom Deputy*

Plaintiff appeals the judgment for defendant in this action alleging discrimination in violation of the Americans with Disabilities Act.   (15 Minutes Per Side)