## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 29, 2024

Mr. David Blyth Weatherman  
The Weatherman Firm  
256 Seaboard Lane  
E-105  
Franklin, TN 37067

Re:  Case No. 23-5700, *Christie Andrews v. Tri Star Sports & Ent Group*  
Originating Case No.: 3:21-cv-00526

Dear Mr. Weatherman,

This is to advise that the court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Wednesday, **September 25, 2024**.

No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris  
En Banc Coordinator  
Direct Dial No. 513-564-7077

cc: Mr. Daniel Arciniegas  
Ms. Elizabeth Grace Hart  
Ms. Tara L. Swafford